# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>DAVID JAMES BURKE,<br><br>                 Defendant. | 8:18CR38<br><br>FINAL ORDER OF FORFEITURE |

    This matter is before the Court on the United States of America's Motion for Final Order of Forfeiture, ECF No. 45. The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

    1. On March 8, 2019, the Court entered a Preliminary Order of Forfeiture, ECF No. 43, pursuant to the provisions of 21 U.S.C. §§ 841(a)(1) and (b)(1) and 853 based upon defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment. Pursuant to the Preliminary Order of Forfeiture, defendant's interest in $6,480.00 U.S. currency was forfeited to the United States.

    2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 9, 2019. The United States filed a Declaration of Publication on May 10, 2019. (Filing No. 44).

    3. The United States has advised the Court that no Petitions were filed.

    4. The Motion for Final Order of Forfeiture will be granted.

IT IS ORDERED:

A. The Motion for Final Order of Forfeiture, ECF No. 45, is granted.

B. All right, title, and interest in and to the $6,480.00 in United States currency held by any person or entity are hereby forever barred and foreclosed.

C. The $6,480.00 U.S. currency is forfeited to the United States of America.

D. The United States is directed to dispose of said property in accordance with law.

Dated this 20th day of May, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge